**Order filed December 6, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00634-CV
_____

### MICHAEL NAVARRO AND TAMRA NAVARRO, Appellants

### V.

### BASILIO BASQUEZ, Appellee

**On Appeal from the County Court
Lee County, Texas
Trial Court Cause No. 3435**

## ORDER

On November 29, 2018, appellants filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with the rules by failing to (1) state concisely all issues presented for review, (2) contain a succinct, clear, and accurate statement of the arguments made in the body of the brief, and (3) contain a clear and concise argument for the contentions made with appropriate citations to authorities and to the record. *See* Tex. R. App. P. 38.1(f), (h), and (i).

Accordingly, we strike appellants' brief filed November 29, 2018, and order appellants to file a brief that complies with the Texas Rules of Appellate Procedure **within ten (10) days** of the date of this order. *See* Tex. R. App. P. 38.1.

If appellants file another brief that does not comply with Rule 38, the court may strike the brief, prohibit appellants from filing another, and proceed as if appellants had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellants fail to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Donovan.